Alvin R. YAPALATER, M.D., F.A.P.A., Plaintiff-Appellant,

v.

Charles W. BATES, individually and as Westchester County Commissioner of Social Services, and Henry J. Lefkowits, M.D., individually and as Westchester County Department of Social Services Psychiatric Consultant, Defendants-Appellees,

and

Barbara Blum, individually and as New York State Commissioner of the Department of Social Services; William Steibel, individually and as Deputy Commissioner of the New York State Department of Social Services (Division of Medical Assistance); Robert P. Whalen, individually and as Commissioner of the New York State Department of Health; Albert DeMartino, individually and as Director of the White Plains Regional Office of the New York State Department of Health; and Lois Eil, individually and as Medical Director, Westchester County Division of Medical Assistance of the New York State Department of Health, Defendants-Appellees-Cross-Appellants.

Nos. 827, 905, Dockets 80–7755, 80–7775.

United States Court of Appeals, Second Circuit.

Argued Feb. 24, 1981.

Decided March 25, 1981.

Ellen J. Bronzo, Asst. Atty. Gen., New York City (Robert Abrams, Atty. Gen. of the State of New York, George D. Zuckerman, Asst. Sol. Gen., New York City, of counsel), for defendants-appellees-cross-appellants.

Samuel S. Yasgur, Westchester County Atty., Jonathan Lovett, Deputy County Atty., Eric D. Koster, Senior Asst. County Atty., White Plains, N. Y., of counsel, for defendants-appellees.

Seth P. Stein, Seligman, Stein & Abramowitz, Garden City, N. Y., for the New York State Psychiatric Association as amicus curiae.

Marc E. Grossman, White Plains, N. Y. (Evelyn K. Isaac, Fahey & Isaac, White Plains, N. Y., of counsel), for plaintiff-appellant.

Before OAKES and KEARSE, Circuit Judges, and NEAHER, District Judge.*

PER CURIAM:

We affirm on the memorandum opinion and order of the United States District Court for the Southern District of New York, Charles S. Haight, Jr., Judge, 494 F.Supp. 1349 (S.D.N.Y.1980), holding that Yapalater is entitled to assert his claim under § 1983, but dismissing his complaint on the merits.

* Of the United States District Court for the Eastern District of New York, sitting by designation.